PRETRIAL REPORT AND ORDER

DATE PRETRIAL HELD:  November 21, 2002        NO.  02-4576

CASE CAPTION: HAWKINS
                    V
              ELEBY ET AL

1. TRIAL COUNSEL            FOR PLAINTIFF: J. RANDALL

                            FOR DEFENDANT: M. BLUME

2. STATUS OF CASE:  PLAINTIFF WILL FINALIZE DEMAND.  DEFENDANT WILL SET TELEPHONE CONFERENCE 11/25/02 AT 10:00.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:   ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                            SO ORDERED:


                            _____
                                  CHARLES R. WEINER