<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD:  November 21, 2002        NO.  02-4576

CASE CAPTION:  HAWKINS
                     V
               ELEBY ET AL


1.  TRIAL COUNSEL            FOR PLAINTIFF: J. RANDALL

                             FOR DEFENDANT: M. BLUME



2.  STATUS OF CASE:   PLAINTIFF WILL FINALIZE DEMAND.  DEFENDANT WILL SET TELEPHONE CONFERENCE 11/25/02 AT 10:00.



3.  TRIAL DATE:

4.  JURY/NONJURY:

5.  PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
    OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
       AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
       TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.


                                    SO ORDERED:



                                    _____
                                          CHARLES R. WEINER